No. 88–853. BMT COMMODITY CORP. ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–857. ROSZKOS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 88–858. WELLS, ADMINISTRATRIX OF THE ESTATE OF SANDERLIN, ET AL. *v.* WALKER ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–865. SUN EXPLORATION & PRODUCTION CO. ET AL. *v.* LUJAN, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–866. QUANTUM CHEMICAL CORP. *v.* PRATT; and
No. 88–1078. PRATT *v.* QUANTUM CHEMICAL CORP. C. A. 6th Cir. Certiorari denied. Reported below: 853 F. 2d 1329.

No. 88–873. SHROEDER *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 88–875. TAYLOR *v.* TAYLOR. Super. Ct. Pa. Certiorari denied.

No. 88–878. ROBERTS *v.* HARDIN. C. A. 6th Cir. Certiorari denied.

No. 88–879. LOWEN *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 88–880. TRUMP ET AL. *v.* FIELD. C. A. 2d Cir. Certiorari denied.

No. 88–886. TAYLOR MADE OFFICE SYSTEMS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–887. CUEVAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–889. MILLERS NATIONAL INSURANCE CO. ET AL. *v.* AXEL'S EXPRESS, INC., ET AL. C. A. 9th Cir. Certiorari denied.